1  Pamela J. Yates (SBN 137440)
   E-mail:  pyates@kayescholer.com
2  Wendy S. Dowse (SBN 261224)
   E-mail:  wdowse@kayescholer.com
3  Julie Belezzuoli (SBN 267302)
   E-mail: julie.belezzuoli@kayescholer.com
4  KAYE SCHOLER LLP
   1999 Avenue of the Stars, Suite 1700
5  Los Angeles, California  90067-6048
   Telephone:  (310) 788-1000
6  Facsimile:  (310) 788-1200

7  Attorneys for Defendants

8

9                 **UNITED STATES DISTRICT COURT**

10           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11                              **(FRESNO)**

12
   CARLEEN WEST,                    )   Case No.  1:10-cv-0289-JRG-DLB
13                                   )
                  Plaintiff,         )   **ORDER GRANTING PARTIES**
14                                   )   **STIPULATION TO DISMISS PFIZER INC**
         v.                          )
15                                   )
   PFIZER INC, et al.,               )
16                                   )
                  Defendants.        )
17                                   )
                                     )
18                                   )
                                     )
19  _____ )

20

21      The Court having considered the stipulation by the parties in this action, and

22  finding good cause therefore;

23      IT IS HEREBY ORDERED THAT

24      1.      Pfizer Inc ("Pfizer") is dismissed from this action with prejudice.

25      2.      Plaintiff may move to amend her complaint to add Pharmacia &

26  Upjohn Company LLC ("Upjohn") as a defendant.  Pfizer and Wyeth LLC will not

27  object to Plaintiff's motion to the extent it seeks to add Upjohn as a defendant.

28      3.      During the trial of this action, the parties shall not refer to Pfizer.

4.      Pfizer guarantees payment of any final judgment that may be rendered against Upjohn in this matter, and consents to the jurisdiction of this Court for the purpose of enforcing any such judgment.

5.      This stipulation shall not be admissible in evidence, except in an action to enforce its terms.

IT IS SO ORDERED.

Dated: December 28, 2011

Joseph R. Goodwin, Chief Judge

West - Proposed Order re Pfizer Stip.DOCX**ORDER GRANTING PARTIES STIPULATION TO DISMISS PFIZER INC**