UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

NANCY WADDELL,

        Plaintiff,

vs.

WYETH LLC, et al.
        Defendants.

Case No.: 1:04-cv-06343-JRG-DLB

ORDER SETTING TRIAL DATE

KAY UHALT and STEPHEN UHALT,

        Plaintiffs,

vs.

WYETH LLC, et al.

        Defendants.

Case No.: 1:10-cv-02404-JRG-DLB

DOROTHY SETSER and HOWARD SETSER,

        Plaintiffs,

vs.

WYETH LLC, et al.
        Defendants

Case No.: 1:10-cv-02405-JRG-DLB

CAROL HILL and LEONARD HILL

        Plaintiffs,

vs.

Case No.: 1:10-cv-02394-JRG-DLB

| | |
|---|---|
| WYETH LLC. et al )<br>    Defendants. )<br> ) | |
| MARIANNE PHILLIPS and WILLIAM PHILLIPS, )<br> )<br>    Plaintiffs, )<br> vs. )<br>WYETH LLC, et al. )<br> )<br>    Defendants. ) | Case No.: 1:10-cv-02395-JRG-DLB |
| GLORIETTE MCPHERSON, )<br> )<br>    Plaintiff, )<br> vs. )<br>WYETH LLC, et al. )<br> )<br>    Defendants. ) | Case No.: 1:10-cv-02384-JRG-DLB |
| BETTY CRAVEN and GEORGE CRAVEN, )<br> )<br>    Plaintiffs, )<br> vs. )<br>WYETH LLC, et al. )<br> )<br>    Defendants. ) | Case No.: 1:10-cv-02382-JRG-DLB |
| SHIRLEY BOWLES and GERALD BOWLES, )<br> )<br>    Plaintiffs, )<br> vs. )<br>WYETH LLC, et al. ) | Case No.: 1:04-cv-06346-JRG-DLB |

2

|   |   |   |
|---|---|---|
| 1 | ) |   |
| 2 | Defendants.                          ) |   |
| 3 | DONNA HAMES and MICHAEL HAMES        ) | Case No.: 1:10-cv-02392-JRG-DLB |
| 4 | ) |   |
| 5 | Plaintiffs,            ) |   |
| 6 | vs.                                  ) |   |
| 7 | WYETH LLC, et al.                    ) |   |
| 8 | Defendants.            ) |   |
| 9 | ) |   |
| 10 | VICTORIA POOLE and DELBERT POOLE     ) | Case No.: 1:10-cv-02397-JRG-DLB |
| 11 | ) |   |
| 12 | Plaintiffs,            ) |   |
| 13 | vs.                                  ) |   |
| 14 | WYETH LLC, et al.                    ) |   |
| 15 | Defendants.            ) |   |
| 16 | ) |   |
| 17 | LOIS ZANYK                           ) | Case No.: 1:10-cv-00287-JRG-DLB |
| 18 | ) |   |
| 19 | Plaintiff,             ) |   |
| 20 | vs.                                  ) |   |
| 21 | PFIZER INC., et al.                  ) |   |
| 22 | Defendants.            ) |   |
| 23 | CARLEEN WEST                         ) | Case No.: 1:10-cv-00289-JRG-DLB |
| 24 | ) |   |
| 25 | Plaintiff,             ) |   |
| 26 | vs.                                  ) |   |
| 27 | PFIZER INC., et al.                  ) |   |
| 28 | ) |   |

|  |  |
|---|---|
| Defendants. ) | |
| ) ) PAMELA TURNER ) ) Plaintiff, ) ) vs. ) ) PFIZER INC., et al. ) ) ) Defendants. ) | Case No.: 1:10-cv-00288-JRG-DLB |
| ) LUCILLE MACIAS ) ) ) Plaintiff, ) ) vs. ) ) PFIZER INC., et al. ) ) ) Defendants. ) | Case No.: 1:10-cv-00282-JRG-DLB |

O R D E R

On July 5, 2012, following repeated assurances from the parties that these matter have been settled, I ordered the parties to file a joint motion to dismiss within 30 days of entry of the order. [ECF 56.] I warned that if the parties did not file a joint motion to dismiss within 30 days, the court would enter a new Scheduling Order in this matter with court chosen deadlines, including a trial date in the coming months. To date, the parties have not filed a joint motion to dismiss.

It is **ORDERED** that trial will begin in these matters on **February 5, 2013**, beginning with the case of *Waddell v. Wyeth LLC, et al. 1:04-cv-6343*. It is further **ORDERED** that the parties submit a proposed Scheduling Order containing the above trial date and any remaining necessary pretrial deadlines (excluding hearing dates for motions for summary judgment, *Daubert*

4

motions, the pretrial conference and the final settlement conference, which the court will set) for my signature by **September 11, 2012.**

ENTER: September 4, 2012

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge

5